| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kozinski, Alex | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/17/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue<br>Suite 200<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -4 A 10: 33 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/2 | Western State University College of Law - Lecture Fee | $ 2,500 |
| 2. 4/3-5 | Michigan State - Lecture Fee | $ 2,000 |
| 3. 4/5-7 | University of Michigan - Lecture Fee | $ 5,000 |
| 4. 6/27 | Freedom School - Honorarium (donated to 501(c)(3)) | $ 2,000 |
| 5. 9/15 | Chapman University School of Law - Lecture Fee | $ 3,500 |
| 6. 9/19-22 | American University - Lecture Fee | $ 2,740 |
| 7. 10/6-8 | State Bar of California - Honorarium (donated to 501(c)(3)) | $ 5,000 |
| 8. 10/17-18 | Santa Clara University - Lecture Fee | $ 3,000 |
| 9. 11/1-3 | DePaul University - Lecture Fee | $ 3,500 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/1-12-31 | Self-employed as attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Nat'l Association of Criminal Defense Lawyers | Jan 26-29 Travel & Lodging ████████ Aspen, Colorado) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kozinski, Alex | 05/17/2007 |

| | | |
| --- | --- | --- |
| 2. | Federalist Society | Feb. 23-26 Travel & Lodging (New York, N.Y.) |
| 3. | Fordham University | Mar 5-7 Travel & Lodging (New York, N.Y.) |
| 4. | Association of Ski Defense Attorneys | Mar 11-15 Travel & Lodging ▇▇▇(Big Sky, MT) |
| 5. | New York Law School | Mar 18-20 Travel & Lodging (New York, N.Y.) |
| 6. | Michigan State | April 3-5 Travel & Lodging (East Lansing, MI) |
| 7. | University of Michigan | April 5-7 Travel & Lodging (Ann Arbor, MI) |
| 8. | Boston University School of Law | April 20-21 Travel & Lodging (Boston, MA) |
| 9. | New York University | April 28-30 Travel & Lodging (New York, N.Y.) |
| 10. | University of Southern California | May 23 Travel (Mileage) |
| 11. | Burton Awards | June 11-13 Travel & Lodging (Washington, D.C.) |
| 12. | Assoc. of American Law Schjools | June 13-16 Travel & Lodging (Vancouver, CAN) |
| 13. | Freedom School | June 27 Travel & Lodging (Dalls, TX) |
| 14. | Federal Bar Assn. | Aug. 24-25 Travel & Lodging (Las Vegas, NV) |
| 15. | American University | Sept. 19-22 Travel & Lodging (Washington, D.C.) |
| 16. | DePaul University | Nov. 1-3 Travel & Lodging (Chicago, IL) |
| 17. | State Bar of California | Oct. 6-8 Travel & Lodging (Monterey, CA) |
| 18. | Santa Clara University | Oct. 17-18 Travel & Lodging (Santa Clara, CA) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/17/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ████ CON EDISON | A | Dividend | N | T | | | | | |
| 2. ████ PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3. RMA TAX FREE FUND, INC. | A | Interest | K | T | Sell/Buy | Var | J | | |
| 4. 10,000 REF CORP - BONDS | A | Interest | J | T | Sold | 4/15 | J | D | |
| 5. 10,000 REF CORP - BONDS | A | Interest | J | T | | | | | |
| 6. 10,000 REF CORP - BONDS | A | Interest | J | T | | | | | |
| 7. 10,000 REF CORP - BONDS | A | Interest | J | T | | | | | |
| 8. AMERICAN FUNDS CAPITAL INCOME BUILDER FUND | D | Dividend | L | T | Sell/Buy | Var | J | | |
| 9. ████ SANMINA-SCI | A | Dividend | J | T | | | | | |
| 10. ████ STANCORP | A | Interest | J | T | | | | | |
| 11. DREYFUS MUNI MONEY MARKET FUND | E | Interest | N | T | Sell/Buy | Var | K | | |
| 12. ████ WILLIAM BLAIR GROWTH FUND(BGFIX) | A | Dividend | J | T | | | | | |
| 13. ████ COCA COLA (KO) | A | Dividend | J | T | | | | | |
| 14. ████ FIDELITY DEVONSHIRE FUND (FIUIX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 15. ████ FIDELITY EQUITY INCOME FUND (FEQIX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 16. ████ FIDELITY EQUITY INCOME II FUND (FEQTX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 17. ████ FIDELITY LOW PRICED | A | Dividend | K | T | Reinvest | Var. | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | R =Cost (Real Estate Only) | | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK FUND(FLPSX) | | | | | | | | | |
| 18. ⬛SCUDDER GROWTH & INCOME FUND(SCDGX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 19. ⬛JANUS WORLDWIDE FUND(JAWWX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 20. ⬛LONGLEAF PARTNERS FUND(LLSCX) | B | Dividend | K | T | Reinvest | Var. | J | | |
| 21. ⬛MANAGERS INT'L EQUITY FUND(MGITX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 22. ⬛WELLS FAGO FNDS MONTGOMERY EMERGING (MFFAX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 23. ⬛WHITE OAK GROWTH FUND(WOGSX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 24. ⬛ROYCE PENN MUTUAL FUND(PENNX) | A | Dividend | K | T | Reinvest | Var. | J | | |
| 25. ⬛STONG HIGH YIELD FUND(STHYX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 26. ⬛TORRAY FUND(TORYX) | A | Dividend | K | T | Reinvest | Var. | J | | |
| 27. INDIVIDUAL RETIREMENT ACCOUTS: | | | | | | | | | |
| 28. ⬛AT&T CORP NEW(T) | A | Dividend | J | T | Merger | 11/25 | | | |
| 29. ⬛COMCAST(CMCSA) | A | Dividend | J | T | | | | | |
| 30. ⬛CHEVRONTEXACO CORP(CVX) | A | Dividend | J | T | | | | | |
| 31. ⬛GENERAL MOTORS(GM) | A | Dividend | J | T | | | | | |
| 32. ⬛DELPHI AUTOMOTIVE(DPHIQ) | A | Dividend | J | T | | | | | |
| 33. ⬛0,000 CTF ACCR. TREAS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Buy/Sell | Var | J | | |
| 35. ███████SCHWAB S&P 500 INDEX FUND(SWPIX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 36. ██████GOODYEAR TIRE(GT) | A | Dividend | J | T | | | | | |
| 37. ██████3M(MMM) | A | Dividend | J | T | | | | | |
| 38. 30,000 CTF ACCR TREAS | A | Interest | K | T | | | | | |
| 39. 20,000 SEP. TRDG. REG. | A | Interest | K | T | | | | | |
| 40. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Buy/Sell | Var. | J | | |
| 41. ████████SCHWAB TOTAL STK MKT-INV (SWTIX) | A | Interest | J | T | Reinvest | Var. | J | | |
| 42. ███████SPARTAN US EQUITY INDEX(FUSEX) | A | Dividend | K | T | Reinvest | Var. | J | | |
| 43. ██████DREYFUS SHORT INTERGOVERNMENT(DSIGX) | A | Dividend | J | T | Reinvest | Var. | J | | |
| 44. Fidelity Cash Reserves(FDRXX) | A | Interest | J | T | Buy/Sell | Var. | J | | |
| 45. DIRECTV GRP FUND | A | Dividend | K | T | | | | | |
| 46. DIRECTV EQUITY FUND | A | Dividend | K | T | | | | | |
| 47. NEWS CORP STOCK FUND | A | Dividend | J | T | | | | | |
| 48. DIRECTV BALANCED FUND | A | Dividend | J | T | | | | | |
| 49. DIRECTV FIXED INCOME | A | Dividend | J | T | | | | | |
| 50. LIMITED PARTNERSHIPS: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 52.  (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/17/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____5/25/07

NOTE: ANY_____ O FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544